Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HILL, MICHAEL JOSEPH | § | Case No. 10-33724 DRC |
| HILL, NANCY ANN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                  $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Case 10-33724   Doc 39   Filed 08/28/14   Entered 08/28/14 11:44:38   Desc Main
                            Document      Page 2 of 13

The remaining funds are available for distribution.

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GINA B. KROL_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

Case 10-33724  Doc 39  Filed 08/28/14  Entered 08/28/14 11:44:38  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 3 of 13
ASSET CASES

Page: 1

| Case No: | 10-33724 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL | Exhibit A |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | HILL, MICHAEL JOSEPH | | | Date Filed (f) or Converted (c): | 07/29/10 (f) | |
| | HILL, NANCY ANN | | | 341(a) Meeting Date: | 09/07/10 | |
| For Period Ending: | 08/19/14 | | | Claims Bar Date: | 03/10/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INHERITANCE (u) | 27,638.39 | 27,638.39 | | 27,638.39 | FA |
| 2. Security Deposit | 950.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 675.00 | 0.00 | | 0.00 | FA |
| 4. Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 5. 401(K) | Unknown | 0.00 | | 0.00 | FA |
| 6. Automobile | 11,000.00 | 0.00 | | 0.00 | FA |
| 7. BANK ACCONTS | 0.00 | 0.00 | | 0.00 | FA |
| 8. Tools | 150.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry (u) | 250.00 | 0.00 | | 0.00 | FA |
| 11. Life Insurance | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.96 | Unknown |
| TOTALS (Excluding Unknown Values) | $41,113.39 | $27,638.39 | | $27,642.35 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

October 17, 2013, 02:24 pm

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 07/31/14

/s/     GINA B. KROL
_____  Date: 08/19/14
    GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1

Ver: 18.00b

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-33724 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | HILL, MICHAEL JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | HILL, NANCY ANN | | Account Number / CD #: | *******0360 Checking Account |
| Taxpayer ID No: | *******8265 | | | |
| For Period Ending: | 08/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 21,194.51 | | 21,194.51 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.07 | 21,181.44 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.50 | 21,167.94 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.05 | 21,154.89 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.48 | 21,141.41 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.43 | 21,109.98 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 18.29 | 21,091.69 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.34 | 21,063.35 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.31 | 21,032.04 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.26 | 21,001.78 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.22 | 20,970.56 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.17 | 20,940.39 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.13 | 20,909.26 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.09 | 20,878.17 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.04 | 20,848.13 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.00 | 20,817.13 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.95 | 20,787.18 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.90 | 20,756.28 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.86 | 20,725.42 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.83 | 20,697.59 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 18.24 | 20,679.35 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.77 | 20,648.58 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.72 | 20,618.86 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.65 | 20,588.21 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.62 | 20,558.59 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.57 | 20,528.02 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-33724 -DRC | Trustee Name: GINA B. KROL |
| Case Name: | HILL, MICHAEL JOSEPH | Bank Name: ASSOCIATED BANK |
| | HILL, NANCY ANN | Account Number / CD #: *******0360 Checking Account |
| Taxpayer ID No: | *******8265 | |
| For Period Ending: | 08/19/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Account *******0360 | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 2 | Checks | 36.53 |
| 0 | Interest Postings | 0.00 | 23 | Adjustments Out | 629.96 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 666.49 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 21,194.51 | | | |
| | Total | $ 21,194.51 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 10-33724 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | HILL, MICHAEL JOSEPH | | Bank Name: | BANK OF AMERICA, N.A. |
| | HILL, NANCY ANN | | Account Number / CD #: | *******3866  BofA - Money Market Account |
| Taxpayer ID No: | *******8265 | | | |
| For Period Ending: | 08/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/08/10 | 1 | Estae of Dexheimer | Inheritance | 1229-000 | 12,912.00 | | 12,912.00 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 12,912.20 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,912.53 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 10.92 | 12,901.61 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,901.71 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,901.82 |
| 04/04/11 | 1 | Mark Dexheimer | | 1229-000 | 14,726.39 | | 27,628.21 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 27,628.41 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 27,628.65 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 27,628.88 |
| 07/21/11 | 000302 | Michael & Nancy Hill | Exemption on Inheritance | 8100-002 | | 6,125.00 | 21,503.88 |
| | | 1026 Woodrow Ave. | | | | | |
| | | Lombard, IL 60148 | | | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 21,504.10 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,504.28 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,504.46 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,504.64 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.40 | 21,477.24 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,477.42 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.48 | 21,450.94 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,451.12 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.45 | 21,424.67 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 21,424.86 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.10 | 21,396.76 |
| 02/06/12 | 000303 | International Sureties | BOND | 2300-000 | | 19.30 | 21,377.46 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 21,377.63 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.42 | 21,352.21 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,352.39 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 18.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| | |
|---|---|
| Case No: | 10-33724 -DRC |
| Case Name: | HILL, MICHAEL JOSEPH |
| | HILL, NANCY ANN |
| Taxpayer ID No: | *******8265 |
| For Period Ending: | 08/19/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3866  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.25 | 21,326.14 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,326.32 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.09 | 21,299.23 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,299.41 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.06 | 21,272.35 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 21,272.52 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.28 | 21,247.24 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 21,247.43 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.87 | 21,219.56 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 21,219.73 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 25.22 | 21,194.51 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 21,194.51 | 0.00 |

| Account *******3866 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 27,638.39 | 3 | Checks | 6,155.22 |
| | 21 | Interest Postings | 3.96 | 11 | Adjustments Out | 292.62 |
| | | | | 1 | Transfers Out | 21,194.51 |
| | | Subtotal | $ 27,642.35 | | | |
| | | | | | Total | $ 27,642.35 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 27,642.35 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-33724 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | HILL, MICHAEL JOSEPH | | Bank Name: | BANK OF AMERICA, N.A. |
| | HILL, NANCY ANN | | Account Number / CD #: | *******3866 BofA - Money Market Account |
| Taxpayer ID No: | *******8265 | | | |
| For Period Ending: | 08/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | 2 | Deposits | 27,638.39 | 5 | Checks | 6,191.75 |
| | 21 | Interest Postings | 3.96 | 34 | Adjustments Out | 922.58 |
| | | | | 1 | Transfers Out | 21,194.51 |
| | | Subtotal | $ 27,642.35 | | | |
| | | | | | Total | $ 28,308.84 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 21,194.51 | | | |
| | | Total | $ 48,836.86 | | Net Total Balance | $ 20,528.02 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 08/19/14

GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

LFORM2T4

Ver: 18.00b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 19, 2014 |
|---|---|---|---|---|---|---|

Case Number: 10-33724  
Debtor Name: HILL, MICHAEL JOSEPH  
Claims Bar Date: 03/10/11  

Claim Class Sequence  
Joint Debtor: HILL, NANCY ANN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $2,901.74 | $0.00 | $2,901.74 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $66.75 | $66.75 | $0.00 |
| 000002<br>070<br>7100-90 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Ameritech/Near Prime<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $2,643.10 | $0.00 | $2,643.10 |
| 000003<br>070<br>7100-90 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Ameritech/Near Prime<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $590.28 | $0.00 | $590.28 |
| 000004<br>070<br>7100-90 | Asset Acceptance, LLC assignee FIFTH<br>THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $17,504.65 | $0.00 | $17,504.65 |
| 000005<br>070<br>7100-90 | Midland Funding LLC<br>c/o Recoser LLC<br>25 SE 2nd AVe., Ste. 1120<br>Miami, FL 33131-1605 | Unsecured | | $4,576.96 | $0.00 | $4,576.96 |
| 000006<br>070<br>7100-90 | Midland Funding LLC<br>c/o Recoser LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,087.15 | $0.00 | $2,087.15 |
| 000007<br>070<br>7100-90 | Midland Funding LLC<br>c/o Recoser LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $3,043.21 | $0.00 | $3,043.21 |
| 000001<br>050<br>4210-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $33,413.84 | $66.75 | $33,347.09 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-33724 DRC
Case Name: HILL, MICHAEL JOSEPH
            HILL, NANCY ANN
Trustee Name: GINA B. KROL

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ | $ | $ | $ |

Total to be paid to secured creditors  $_____

Remaining Balance  $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Ameritech/Near Prime POB 41067 Norfolk VA 23541 | $ | $ | $ |
| 000003 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Ameritech/Near Prime POB 41067 Norfolk VA 23541 | $ | $ | $ |
| 000004 | Asset Acceptance, LLC assignee FIFTH THIRD BANK PO Box 2036 Warren, MI 48090 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Midland Funding LLC<br>c/o Recoser LLC<br>25 SE 2nd AVe., Ste. 1120<br>Miami, FL  33131-1605 | $ | $ | $ |
| 000006 | Midland Funding LLC<br>c/o Recoser LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000007 | Midland Funding LLC<br>c/o Recoser LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE