Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HILL, MICHAEL JOSEPH | § | Case No. 10-33724 DRC |
| HILL, NANCY ANN | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/26/2014 in Courtroom 240,

Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/19/2014 _____     By: JEFFREY P. ALLSTEADT _____
                                                        Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*

*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                                           §
                                                 §
HILL, MICHAEL JOSEPH                             §        Case No. 10-33724 DRC
HILL, NANCY ANN                                  §
                                                 §
            Debtor(s)                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                    $        27,642.35

and approved disbursements of                         $         7,114.33

leaving a balance on hand of[1]                       $        20,528.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ 22,010.14 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors              $              0.00
Remaining Balance                                  $         20,528.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,901.74 | $ 0.00 | $ 2,901.74 |
| Other: International Sureties Ltd. | $ 66.75 | $ 66.75 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,901.74

Remaining Balance $ 17,626.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,445.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Ameritech/Near Prime POB 41067 Norfolk VA 23541 | $ 2,643.10 | $ 0.00 | $ 1,530.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Ameritech/Near Prime POB 41067 Norfolk VA 23541 | $ 590.28 | $ 0.00 | $ 341.74 |
| 000004 | Asset Acceptance, LLC assignee FIFTH THIRD BANK PO Box 2036 Warren, MI 48090 | $ 17,504.65 | $ 0.00 | $ 10,134.29 |
| 000005 | Midland Funding LLC c/o Recoser LLC 25 SE 2nd AVe., Ste. 1120 Miami, FL 33131-1605 | $ 4,576.96 | $ 0.00 | $ 2,649.82 |
| 000006 | Midland Funding LLC c/o Recoser LLC 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 2,087.15 | $ 0.00 | $ 1,208.35 |
| 000007 | Midland Funding LLC c/o Recoser LLC 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 3,043.21 | $ 0.00 | $ 1,761.86 |

Total to be paid to timely general unsecured creditors          $          17,626.28

Remaining Balance          $          0.00

 

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/GINA B. KROL
                                                    Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 10-33724-DRC
Michael Joseph Hill                                                             Chapter 7
Nancy Ann Hill
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen          Page 1 of 2          Date Rcvd: Aug 28, 2014
                             Form ID: pdf006        Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2014.
db/jdb    +Michael Joseph Hill,    Nancy Ann Hill,    1026 E. Woodrow Ave.,    Lombard, IL 60148-3125
15918306   Arrow Financial Services LLC,    21031 Network Place,   Chicago, IL 60678-1031
15918308  #+Bank of America,    PO Box 15026,    Wilmington DE 19850-5026
15918311  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
           GRAND RAPIDS MI 49546-6253
          (address filed with court: Fifth Third Bank,    5050 Kingsley Dr MD #1M0C2G,
           Cincinnati, OH 45263)
15918312   +Ford Credit,    PO Box 542000,   Omaha NE 68154-8000
16601402  #+Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
15918313   +Good Samaritan Hospital,    3815 South Highland Ave,    Downers Grove, IL 60515-1590
15918314   +HSBC,    PO Box 5253,   Carol Stream, IL 60197-5253
15918316   +Hinsdale Orthopedics,    PO Box 914,   La Grange, IL 60525-0914
15918317   +Illinois Collection Services,    3101 West 95th Street,    Evergreen Park, IL 60805-2407
15918320    Medical Business Bureau,    PO Box 1219,   Park Ridge, IL 60068-7219
19927210    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
            Miami, FL 33131-1605
15918322   +National City Bank,    2730 Liberty Ave,    Pittsburgh PA 15222-4704
15918323   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
          (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd Suite 120,
           Norfolk VA 23502)
16633065   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
            c/o Ameritech/Near Prime,    POB 41067,   Norfolk VA 23541-1067
15918325    United Shockwave Services LTD,    PO Box 2178,    Des Plaines, IL 60017-2178
15918327    Washington-Mutual (Chase),    Seattle, WA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15918305    E-mail/Text: pfahey@amaccts.com Aug 29 2014 00:16:41    American Account Advisors,
            3904 Cedarvale Dr,   St Paul, MN 55122-1410
15918307    E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 29 2014 00:16:56    Asset Acceptance LLC,
            PO Box 1630,   Warren, MI 48090-1630
16638839   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 29 2014 00:16:56
            Asset Acceptance, LLC assignee FIFTH THIRD BANK,    PO Box 2036,   Warren, MI 48090-2036
16722800    E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2014 00:23:46    Capital Recovery IV LLC,
            c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15918309    E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2014 00:25:11    Care Credit/GE Money Bank,
            PO Box 981439,   El Paso TX 79998-1439
15918318   +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2014 00:25:20    LVNV Funding LLC,
            PO Box 10584,   Greenville, SC 29603-0584
15918319   +Fax: 847-227-2151 Aug 29 2014 00:56:11    MRSI,   2250 E Devon Ave STE 352,
            Des Plaines, IL 60018-4521
15918321    E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2014 00:17:02    Midland Credit Management,
            8875 Aeri Dr Ste 200,   San Diego, CA 92123-2255
19927211    E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2014 00:21:05
            Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
                                                                               TOTAL: 9


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15918315*   +HSBC,    PO Box 5253,   Carol Stream, IL 60197-5253
15918324*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd Suite 120,
            Norfolk VA 23502)
15918310   ##Diversified Services,    PO Box 80185,   Phoenix, AZ 85060-0185
15918326   ##Vision Financial Corp,    PO Box 900,   Purchase NY 10577-0900
                                                                      TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rgreen          Page 2 of 2              Date Rcvd: Aug 28, 2014
                             Form ID: pdf006        Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2014 at the address(es) listed below:
          Gina B Krol    gkrol@cohenandkrol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
          m
          Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
          gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
          m
          Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
          gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
          Joseph C. Michelotti    on behalf of Debtor Michael Joseph Hill joe@michelottilaw.com,
          i.got.ecfnotices@gmail.com
          Joseph C. Michelotti    on behalf of Joint Debtor Nancy Ann Hill joe@michelottilaw.com,
          i.got.ecfnotices@gmail.com
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
          jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                 TOTAL: 8
```