# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HILL, MICHAEL JOSEPH | § | Case No. 10-33724 DRC |
| HILL, NANCY ANN | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/GINA B. KROL_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael & Nancy Hill |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ford Motor Credit |  |  |  |  |  |
| 000001 | FORD MOTOR CREDIT COMPANY LLC |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America Account Advisors | | | | | |
| | Arrow Financial Services LLC | | | | | |
| | Asset Acceptance LLC | | | | | |
| | Diversified Services | | | | | |
| | Good Samaritan Hospital | | | | | |
| | HSBC | | | | | |
| | HSBC | | | | | |
| | Hinsdale Orthopeadics | | | | | |
| | Illinois Collection Services | | | | | |
| | LVNV Funding LLC | | | | | |
| | MRSI | | | | | |
| | Medical Business Bureau | | | | | |
| | Midland Credit Management | | | | | |
| | National City Bank | | | | | |
| | Portfolio Recovery Associates | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Associates | | | | | |
| | United Shockwave Services LTD | | | | | |
| | Vision Financial Corp | | | | | |
| 000004 | ASSET ACCEPTANCE, LLC ASSIGNEE FIFT | | | | | |
| 000005 | MIDLAND FUNDING LLC | | | | | |
| 000006 | MIDLAND FUNDING LLC | | | | | |
| 000007 | MIDLAND FUNDING LLC | | | | | |
| 000002 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000003 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-33724 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | HILL, MICHAEL JOSEPH | | | Date Filed (f) or Converted (c): | 07/29/10 (f) |
| | HILL, NANCY ANN | | | 341(a) Meeting Date: | 09/07/10 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 03/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INHERITANCE (u) | 27,638.39 | 27,638.39 | | 27,638.39 | FA |
| 2. Security Deposit | 950.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 675.00 | 0.00 | | 0.00 | FA |
| 4. Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 5. 401(K) | Unknown | 0.00 | | 0.00 | FA |
| 6. Automobile | 11,000.00 | 0.00 | | 0.00 | FA |
| 7. BANK ACCONTS | 0.00 | 0.00 | | 0.00 | FA |
| 8. Tools | 150.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry (u) | 250.00 | 0.00 | | 0.00 | FA |
| 11. Life Insurance | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.96 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $41,113.39 | $27,638.39 | | $27,642.35 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR
October 16, 2014, 01:25 pm

Trustee to review claims and prepare TFR
October 17, 2013, 02:24 pm

LFORM1
UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 10-33724    DRC    Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | HILL, MICHAEL JOSEPH | Date Filed (f) or Converted (c): 07/29/10 (f) |
| | HILL, NANCY ANN | 341(a) Meeting Date: 09/07/10 |
| | | Claims Bar Date: 03/10/11 |

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 07/31/14

/s/    GINA B. KROL
_____    Date: 01/26/15
    GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33724 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | HILL, MICHAEL JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | HILL, NANCY ANN | | Account Number / CD #: | *******0360 Checking Account |
| Taxpayer ID No: | *******8265 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 21,194.51 | | 21,194.51 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.07 | 21,181.44 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.50 | 21,167.94 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.05 | 21,154.89 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.48 | 21,141.41 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.43 | 21,109.98 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 18.29 | 21,091.69 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.34 | 21,063.35 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.31 | 21,032.04 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.26 | 21,001.78 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.22 | 20,970.56 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.17 | 20,940.39 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.13 | 20,909.26 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.09 | 20,878.17 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.04 | 20,848.13 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.00 | 20,817.13 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.95 | 20,787.18 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.90 | 20,756.28 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.86 | 20,725.42 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.83 | 20,697.59 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 18.24 | 20,679.35 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.77 | 20,648.58 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.72 | 20,618.86 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.65 | 20,588.21 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33724 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | HILL, MICHAEL JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | HILL, NANCY ANN | | Account Number / CD #: | *******0360  Checking Account |
| Taxpayer ID No: | *******8265 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.62 | 20,558.59 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.57 | 20,528.02 |
| 09/26/14 | 030003 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fee | 2100-000 | | 2,901.74 | 17,626.28 |
| 09/26/14 | 030004 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Ameritech/Near Prime<br>POB 41067<br>Norfolk VA 23541 | Final Distribution | 7100-900 | | 1,530.22 | 16,096.06 |
| 09/26/14 | 030005 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Ameritech/Near Prime<br>POB 41067<br>Norfolk VA 23541 | Final Distribution | 7100-900 | | 341.74 | 15,754.32 |
| 09/26/14 | 030006 | Asset Acceptance, LLC assignee FIFTH THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Final Distribution | 7100-900 | | 10,134.29 | 5,620.03 |
| 09/26/14 | 030007 | Midland Funding LLC<br>c/o Recoser LLC<br>25 SE 2nd AVe., Ste. 1120<br>Miami, FL  33131-1605 | Final Distribution<br>(5-1) BANK OF AMERICA | 7100-900 | | 2,649.82 | 2,970.21 |
| 09/26/14 | 030008 | Midland Funding LLC<br>c/o Recoser LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(6-1) WashingtonMutual | 7100-900 | | 1,208.35 | 1,761.86 |
| 09/26/14 | 030009 | Midland Funding LLC<br>c/o Recoser LLC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final Distribution<br>(7-1) GE Money | 7100-900 | | 1,761.86 | 0.00 |

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-33724 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | HILL, MICHAEL JOSEPH | Bank Name: | ASSOCIATED BANK |
| | HILL, NANCY ANN | Account Number / CD #: | *******0360 Checking Account |
| Taxpayer ID No: | *******8265 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
Account *******0360      Balance Forward         0.00
                     0   Deposits                0.00        9   Checks              20,564.55
                     0   Interest Postings       0.00       23   Adjustments Out        629.96
                                                             0   Transfers Out            0.00
                         Subtotal         $      0.00
                                                                 Total            $  21,194.51
                     0   Adjustments In          0.00
                     1   Transfers In       21,194.51

                         Total           $  21,194.51
```

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33724 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | HILL, MICHAEL JOSEPH | Bank Name: | BANK OF AMERICA, N.A. |
| | HILL, NANCY ANN | Account Number / CD #: | *******3866  BofA - Money Market Account |
| Taxpayer ID No: | *******8265 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/08/10 | 1 | Estae of Dexheimer | Inheritance | 1229-000 | 12,912.00 | | 12,912.00 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 12,912.20 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 12,912.53 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 10.92 | 12,901.61 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,901.71 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,901.82 |
| 04/04/11 | 1 | Mark Dexheimer | | 1229-000 | 14,726.39 | | 27,628.21 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 27,628.41 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 27,628.65 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 27,628.88 |
| 07/21/11 | 000302 | Michael & Nancy Hill | Exemption on Inheritance | 8100-002 | | 6,125.00 | 21,503.88 |
| | | 1026 Woodrow Ave. | | | | | |
| | | Lombard, IL 60148 | | | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 21,504.10 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,504.28 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,504.46 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,504.64 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.40 | 21,477.24 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,477.42 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.48 | 21,450.94 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,451.12 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.45 | 21,424.67 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,424.86 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.10 | 21,396.76 |
| 02/06/12 | 000303 | International Sureties | BOND | 2300-000 | | 19.30 | 21,377.46 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-33724 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | HILL, MICHAEL JOSEPH | | Bank Name: | BANK OF AMERICA, N.A. |
| | HILL, NANCY ANN | | Account Number / CD #: | *******3866  BofA - Money Market Account |
| Taxpayer ID No: | *******8265 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 21,377.63 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.42 | 21,352.21 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,352.39 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.25 | 21,326.14 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,326.32 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.09 | 21,299.23 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,299.41 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.06 | 21,272.35 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 21,272.52 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.28 | 21,247.24 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 21,247.43 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.87 | 21,219.56 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 21,219.73 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 25.22 | 21,194.51 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 21,194.51 | 0.00 |

| Account | *******3866 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2 | | Deposits | 27,638.39 | 3 | Checks | 6,155.22 |
| | 21 | | Interest Postings | 3.96 | 11 | Adjustments Out | 292.62 |
| | | | | | 1 | Transfers Out | 21,194.51 |
| | | | Subtotal | $ 27,642.35 | | | |
| | | | | | | Total | $ 27,642.35 |
| | 0 | | Adjustments In | 0.00 | | | |
| | 0 | | Transfers In | 0.00 | | | |
| | | | Total | $ 27,642.35 | | | |

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-33724 -DRC |
| Case Name: | HILL, MICHAEL JOSEPH |
| | HILL, NANCY ANN |
| Taxpayer ID No: | *******8265 |
| For Period Ending: | 01/26/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3866  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | |
| | 2 | Deposits | 27,638.39 | 12 | Checks | 26,719.77 |
| | 21 | Interest Postings | 3.96 | 34 | Adjustments Out | 922.58 |
| | | | | 1 | Transfers Out | 21,194.51 |
| | | Subtotal | $ 27,642.35 | | | |
| | | | | | Total | $ 48,836.86 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 21,194.51 | | | |
| | | Total | $ 48,836.86 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 01/26/15
GINA B. KROL

LFORM2T4  UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver: 18.03b